**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ANTHONY L. FRENCH,**

    **Plaintiff,**

    vs.                                    **Civil Action 2:14-cv-2247**
                                          **Judge Frost**
                                          **Magistrate Judge King**

**PATRICK R. DONAHOE,**
**Postmaster General, United States**
**Postal Service (Eastern Area),** *et al.***,**

    **Defendants.**

## ORDER

On March 24, 2015, the United States Magistrate Judge recommended that the action be dismissed, pursuant to Fed. R. Civ. P. 4(m), for failure to effect timely service of process. *Report and Recommendation*, ECF No. 4. Although plaintiff was advised that he had the right to object to the recommendation and of the consequences of his failure to object, there has been no objection.

The *Report and Recommendation*, ECF No. 4, is **ADOPTED AND AFFIRMED.** This action is hereby **DISMISSED** for failure to effect timely service of process. *See* Fed. R. Civ. P. 4(m).

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

                                                    /s   Gregory L. Frost
                                                       Gregory L. Frost
                                             United States District Judge